UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CHRISTOPHER MATRAS and MEGAN MATRAS, individually and on behalf of their minor children, C.M. and M.M., <br><br> Plaintiffs, <br><br> v. <br><br> VENTURE RESORTS, INC., d/b/a CABINS OF PIGEON FORGE and d/b/a CABINS OF THE SMOKY MOUNTAINS, et al., <br><br> Defendants. | No. 3:18-CV-297-HBG |

## **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73 of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 27].

Now before the Court is a Motion to Amend Complaint to Add Non-Parties Pursuant to Tenn. Code Ann. § 20-1-119 [Doc. 29]. For grounds, Plaintiffs seek to amend their Complaint to add Eden Crest Vacation Rentals, Inc., and Eden Crest Properties, LLC, as parties to this action based on the allegations of comparative fault against them contained in the Answer of Defendants Venture Resorts, Inc., James Plair, and Katherine Plair. Plaintiffs represent that Defendants do not oppose the Motion. Finally, the Court observes that Plaintiffs attached the proposed First Amended Complaint [Doc. 29-1] to their Motion in accordance with Local Rule 15.1.

The Court finds that Plaintiffs' Motion is supported by good cause, *see* Fed. R. Civ. P. 15, and it complies with the Rules of this Court, *see* E.D. Tenn. L.R. 15.1. In addition, Defendants do not oppose the Motion. Accordingly, Plaintiffs' Motion to Amend Complaint to Add Non-Parties

Pursuant to Tenn. Code Ann. § 20-1-119 [**Doc. 29**] is **GRANTED**. Plaintiffs **SHALL FILE** their First Amended Complaint [Doc. 29-1] as their operative pleading in CM/ECF on or before **November 9, 2018.**

    **IT IS SO ORDERED**.

ENTER:

_____
United States Magistrate Judge